■ In the Matter of OMAR O., a Person Alleged to be a Juvenile Delinquent, Appellant. [617 NYS2d 457] —Final order of disposition of the Family Court, Bronx County (Richard M. Ross, J.), entered May 24, 1993, adjudicating appellant a juvenile delinquent for having committed an act which, if committed by an adult, would constitute the crime of attempted assault in the third degree and sentencing him to probation for a period of 12 months, unanimously affirmed, without costs.

Contrary to appellant's contention, there is no authority either statutory or judicial, for the proposition that a juvenile delinquency petition is jurisdictionally defective for no other reason except that it is supported only by the deposition of a complainant less than 12 years old. Although appellant contends that the petition or deposition itself must demonstrate the competency of the deponent to make a sworn statement, that argument was recently rejected in *Matter of Henry M.* (194 AD2d 606 [2d Dept], *lv granted* 82 NY2d 657, *appeal withdrawn* 83 NY2d 963), and there is no basis for this Court to hold otherwise since there is no facial defect in the petition and accompanying deposition *(see, Matter of Edward B.,* 80 NY2d 458). Concur—Sullivan, J. P., Carro, Rosenberger, Williams and Tom, JJ.